UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on November 15, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jovanny Valdez

Case Number: 16-30271

Hearing Date: 

Judge: Michael B. Kaplan

Chapter: 7

Recommended Local Form:  ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 15, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑ Granted.  The deadline to file schedules is extended to _____11/23/2016_____.

☐ Denied.

*Rev. 7/1/04; jml*