Form 149 − ntcvaco

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

              Case No.:  16−30271−MBK
              Chapter:  7
              Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jovanny Valdez
   130 Lewis St.
   Perth Amboy, NJ 08861

Social Security No.:
   xxx−xx−2692

Employer's Tax I.D. No.:

**NOTICE OF ORDER VACATING
AN ORDER OF DISMISSAL**

     NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 11/8/2016 has been vacated effective 11/15/2016.

Dated: November 15, 2016
JJW: wir

                                        James J. Waldron
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-30271-MBK
Jovanny Valdez                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Nov 15, 2016
                              Form ID: 149             Total Noticed: 7

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2016.
db             +Jovanny Valdez,    130 Lewis St.,    Perth Amboy, NJ 08861-4621
cr             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Koury Tighe Lapres Bisulca & Sommers,
                 1423 Tilton Road, Suite 9,    Northfield, NJ 08225-1857
516460270       BSI Financial Services,    314 South Franklin Street,    Dallas, TX 75266
516460271      +Bank of America Home Loans,    PO Box 15222,    Wilmington, DE 19886-5222
516460272      +Ocwen Loan Service,    1661 Worthington Rd.,    West Palm Beach, FL 33409-6493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2016 23:45:16      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ    07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2016 23:45:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ    07102-5235
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2016 at the address(es) listed below:
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi dstraffi1@comcast.net,
               dstraffi@ecf.epiqsystems.com
              Daniel E. Straffi    dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY7C
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY7C dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                              TOTAL: 3
```