UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on November 15, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jovanny Valdez

Case Number:  16-30271

Hearing Date:

Judge:  Michael B. Kaplan

Chapter:  7

Recommended Local Form:     ☒ Followed     ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 15, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑  Granted.  The deadline to file schedules is extended to _____11/23/2016_____.

☐  Denied.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-30271-MBK
Jovanny Valdez                                                            Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin         Page 1 of 1              Date Rcvd: Nov 15, 2016
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2016.
db              +Jovanny Valdez,    130 Lewis St.,    Perth Amboy, NJ 08861-4621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2016 at the address(es) listed below:
              Daniel E. Straffi    dstraffi1@comcast.net,    dstraffi@ecf.epiqsystems.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi dstraffi1@comcast.net,
               dstraffi@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY7C
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY7C dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                             TOTAL: 3