**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jovanny | | Valdez |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number 16-30271
(If known)

☑ Check if this is an amended filing

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2016 DEC 19 P 12: 33

JAMES J. WALDRON
BY: _____
DEPUTY CLERK

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _[signature]_                          X _____
Signature of Debtor 1                    Signature of Debtor 2

Date 12/10/2016                          Date _____
     MM/ DD / YYYY                            MM/ DD / YYYY

# SERVICE LIST

05 POWERHOUSE GYM OF LINDEN
201 PARK AVE,
LINDEN, NJ 07036

CONVERGENT OUTSOURCING
925 WESTCHESTER AVE,
WHITE PLAINS, NY 10604

ASSOCIATED CREDIT SERVICES
155 FLANDERS RD
SUITE 140'
WESTBOROUGH, MA 01581

CHASE CARD USA, NA
PO BOX 36520
LOUISVILLE, KY 36520

DISCOVER BANK                    Pressler & Pressler
PO BOX 30416                     7 Entin Rd,
SALT LAKE CITY, UT 84130         Parssipany, NJ 07054
                                 (NOTICE ONLY)

MIDLAND FUNDING LLC
22 W TRADE ST,
CHARLOTTE, NC 28202

UNIFUND CCR LLC
10625 TECHWDS CIR,
CINCINNATI, OH 45249

CITY OF NEW BRITIAN WATER DEPARTMENT
100 SHUTTLE MEADOW AVE,
NEW BRITAIN, CT 06051

CONNECTICUT LIGHT AND POWER COMPANY
85 STATE HOUSE SQ
HARTFORD, CT 06103

CITY OF NEW BRITAIN CT
27 W MAIN ST,
NEW BRITAIN, CT 06052

DANIE E. STRAFFI
670 Commons Way,
Building I
Toms River, NJ 08755

**Office of the** United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102-5504

On ___December 1, 2016___, sent a copy of the MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS, along with the certification and order to all mentioned above.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____  12/1/2016
Jovanny Valdez

United States Bankruptcy Court
District of New Jersey

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 10/24/2016 at 2:20 PM and filed on 10/24/2016

**Jovanny Valdez**
130 Lewis St.
Perth Amboy NJ 08861
SSN / ITIN: xxx-xx-2692

The bankruptcy trustee is:

**Daniel E. Straffi**
670 Commons Way
Building I
Toms River NJ 08755
(732) 341-3800

The case was assigned case number 16-30271-MBK to Judge Michael B. Kaplan.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property.Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor,they are available at our *Internet* home page http://ecf.njb.uscourts.gov or at the Clerk's office, 402 East State Street, Trenton, NJ 08608.

You may be a creditor of the debtor.If so, you will receive an additional notice from the court setting forth important deadlines.

James J. Waldron
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/29/2016 13:34:28 | | | |
| PACER Login: | fs3171 | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 16-30271-MBK |
| Billable Pages: | 1 | Cost: | 0.10 |