UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Valdez, Jovanny

Case No.: 16-30271
Chapter: 7
Judge: MBK

**NOTICE OF PROPOSED ABANDONMENT**

__Daniel E. Straffi__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on May 22, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 28 Henry Street
New Britain, CT
FMV - +/-$112,000.00

Liens on property: Ocwen - $582,014.25

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $-0-

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.
Address: 670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-30271-MBK
Jovanny Valdez                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1           Date Rcvd: Apr 21, 2017
                            Form ID: pdf905        Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2017.
```
db          +Jovanny Valdez,    130 Lewis St.,    Perth Amboy, NJ 08861-4621
cr          +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Koury Tighe Lapres Bisulca & Sommers,
              1423 Tilton Road, Suite 9,    Northfield, NJ 08225-1857
516516054    05 Powerhouse GYM of Linden,     201 Park Ave,    Linden, NJ   07036
516516056   +Associated Credit Services,     155 Flanders Rd Suite 140,    Westborough, MA 01581-1032
516460270    BSI Financial Services,    314 South Franklin Street,    Dallas, TX 75266
516460271   +Bank of America Home Loans,     PO Box 15222,    Wilmington, DE 19886-5222
516530323   +Cathy Aviles,    632 Colgate Avenue #1,    Perth Amboy, NJ 08861-2337
516516051   +Chase Card USA, NA,    PO BOX 36520,    Louisville, KY 40233-6520
516516047   +City of Britain Ct,    27 W Main St,    New Britain, Ct 06051-2283
516516049   +City of Britain Water Department,    1000 Shuttle Meadow Ave,    New Britain, CT 06052-1899
516516048    Connecticut Light and Power Company,    85 State House Sq,    Hartford, CT   06103
516516055   +Convergent Outsourcing,     925 Westchester Ave,    White Plains, NY 10604-3507
516516052   +Discover Bank,    PO BOX 30416,    Salt Lake City, UT 84130-0416
516530322   +Luz Rodriguez,    632 Colgate Avenue #4,    Perth Amboy, NJ 08861-2337
516516053   +Midland Funding LLC,    227 W Trade St,    Charlotte, NC 28202-1675
516530321   +Nelson Aviles,    632 Colgate Avenue #4,    Perth Amboy, NJ 08861-2337
516460272   +Ocwen Loan Service,    1661 Worthington Rd.,    West Palm Beach, FL 33409-6493
516516050    Unifund CCR LLC,    106S25 Techwds Cor,    Cincinnati, OH   45249
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 21 2017 23:16:19     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 21 2017 23:16:13      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2017 at the address(es) listed below:
```
          Daniel E. Straffi    dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi dstraffi1@comcast.net,
           dstraffi@ecf.epiqsystems.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY7C
           MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY7C dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Scott C. Pyfer    on behalf of Debtor Jovanny  Valdez scott@pyferlawgroup.com,
           scottpyfer@gmail.com;max@pyferlawgroup.com
                                                                                              TOTAL: 4
```