UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                          : Case no.: 16-30271
                                                :
Jovanny Valdez                                  : Chapter: 7
                                                :
                                                : Judge: Kaplan
                          Debtor(s)             :
                                                :

**CERTIFICATION OF NO OBJECTION**

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒  Abandonment

☐  Public Sale

☐  Private Sale

☐  Settlement of Controversy

☐  Auctioneer Compensation

Description of Property (if applicable):
632 Colgate Ave Perth Amboy NJ.


JEANNE A. NAUGHTON, Clerk

Date: 5/16/2017                                    By: Gary A. Nau

*rev.2/10/17*