UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                          :        Case no.:              16-30271

                                                :
Jovanny Valdez                                  :        Chapter:                   7

                                                :
                                                :        Judge:               Kaplan
                                                :
                          Debtor(s)             :
                                                :
_____ :

**CERTIFICATION OF NO OBJECTION**


I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no

objections filed relative to the Notice of Proposed:


☒        Abandonment

❑        Public Sale

❑        Private Sale

❑        Settlement of Controversy

❑        Auctioneer Compensation

Description of Property (if applicable):
 28 Henry Street New Britain CT.




                                                JEANNE A. NAUGHTON, Clerk


Date: 5/16/2017                                 By: Gary A. Nau

*rev.2/10/17*