## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In re: | : | Case no.: | 16-30271 |
| | : | | |
| Jovanny Valdez | : | Chapter: | 7 |
| | : | | |
| | : | Judge: | Kaplan |
| Debtor(s) | : | | |
| | : | | |

## CERTIFICATION OF NO OBJECTION

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):

631 Colgate Ave Perth Amboy NJ.

JEANNE A. NAUGHTON, Clerk

Date: 5/16/2017 _____

By: Gary A. Nau _____

*rev.2/10/17*